# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1732
Lower Tribunal No. 22-22499-CA-01
_____

**Adolfo A. Corripio,**
Appellant,

vs.

**Commodore Plaza Condominium Association, Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Sheldon R. Rosenthal, for appellant.

Poliakoff Backer, LLP, and Kenneth E. Zeilberger (Boca Raton), for appellee.

Before FERNANDEZ, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Appellant Adolfo A. Corripio (Defendant below) appeals from an order entering summary judgment in favor of Appellee Commodore Plaza Condominium Association (Plaintiff below). Though the order is titled "Summary Final Judgment for Plaintiff[,]" it does not fully adjudicate Counts II, III, and V of Commodore's Complaint. See Salgado v. Suyapa-Jimenez, 254 So. 3d 1053, 1055 n.4 (Fla. 3d DCA 2018) ("Generally, the test employed by the appellate court to determine finality of an order, judgment or decree is whether the order in question constitutes an end to the judicial labor in the cause, and nothing further remains to be done by the court to effectuate a termination of the cause as between the parties directly affected. The title of the order, judgment or decree is not controlling." (citations and internal quotations marks omitted)).

We therefore dismiss the appeal for lack of jurisdiction. See Camargo v. Prime W., Inc., 225 So. 3d 912, 913 (Fla. 3d DCA 2017) ("We dismiss the Camargos' appeal for lack of jurisdiction because the partial summary judgment granted in favor of Prime West is a nonfinal, nonappealable order.").

Dismissed.